AUSA KKD



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Gabriela SOBERON-Cardenas, <br><br> Defendant. | Magistrate Case No.: <br><br> '08 MJ 8714 <br><br> COMPLAINT FOR VIOLATION OF <br><br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about August 10, 2008, within the Southern District of California, defendant Gabriela SOBERON-Cardenas did knowingly and intentionally import approximately 35.14 kilograms (77.31 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Rudy Garcia, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 11th DAY OF August 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
          v.
2  Gabriela SOBERON-Cardenas

3              STATEMENT OF FACTS

4      This statement of facts is based on the reports, documents, and notes furnished
5  to U.S. Immigration and Customs Enforcement Special Agent Rudy Garcia.

6      On August 10, 2008, at approximately 0925 hours, Gabriela SOBERON-
7  Cardenas (SOBERON) attempted to enter the United States from the Republic of
8  Mexico at the Calexico, California, West Port of Entry. SOBERON was the driver,
9  registered owner, and sole occupant of a 1994 Chevrolet Blazer with Baja California,
10 Mexico license plate number BEE5100.

11     SOBERON presented her Mexican border crossing card to Customs and Border
12 Protection Officer (CBPO) O. Zermeno. SOBERON gave a negative custom's
13 declaration. CBPO O. Zermeno questioned SOBERON regarding her destination and
14 the vehicle. SOBERON stated she was going shopping to the Price Center. SOBERON
15 stated the vehicle was hers. CBPO Zermeno noted that SOBERON seemed irritated at
16 being questioned and appeared to be in a hurry. CBPO Zermeno also observed that
17 the interior of the vehicle lacked personal items. CBPO Zermeno referred SOBERON
18 to vehicle secondary for further inspection.

19     In vehicle secondary, CBPO S. Apolinar received a negative custom's
20 declaration from SOBERON. CBPO S. Apolinar asked SOBERON for the purpose of
21 her entry into the U.S. and SOBERON stated she was going to the Price Center to buy
22 clothes. SOBERON stated she purchased the vehicle two months ago for $2,000.
23 Customs Enforcement Officer (CEO) R. Navarro conducted a canine examination of the
24 vehicle with his human/narcotic detection dog. The canine alerted to the rear
25 passenger side tire.

26     A subsequent inspection of the vehicle revealed 30 packages concealed inside
27 four tires on the vehicle and one spare tire. One of the packages was probed and it
28 field-tested positive for marijuana. The 30 packages had a combined net weight of
29 approximately 35.14 kilograms (77.31 pounds) of marijuana.