FILED
SEP - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2946-BTM |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| GABRIELA SOBERON-CARDENAS, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about August 10, 2008, within the Southern District of California, defendant GABRIELA SOBERON-CARDENAS, did knowingly and intentionally import approximately 35.14 kilograms (77.31 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 3, 2008.

KAREN P. HEWITT
United States Attorney

_(signature)_
CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
9/2/08